UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ. 6348 (KMK)

DANIEL WIESE,

                        Plaintiff,

v.

ROGER B. KELLEY, individually,

                        Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 7/16/08 at 12:30 noon     deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ROGER B. KELLEY

At Location: New York Power Authority, 123 Main Street, White Plains, New York

    By delivering to and leaving with Eileen Flynn, Secretary to the Legal Department and that deponent knew the person so served to be Eileen Flynn and authorized to accept service.

On July 16, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 30-40 | Weight 130 |
| Color of Skin White | Height 5'5" | Color of Hair Red |
| Other Features - wears glasses | | |

                                                             Robert Fouvy

Sworn to before me this
16th day of July, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 __