UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DANIEL WIESE,

                Plaintiff,

-against-

ROGER B. KELLEY, individually,

                Defendant.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 6348

*PLEASE TAKE NOTICE* that Defendant, ROGER KELLEY, hereby appears in this action by the undersigned counsel. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned counsel.

Dated:    White Plains, New York
            July 31, 2008

                                            **KEANE & BEANE, P.C.**

                                    By:   _____
                                            Lance H. Klein (LK 8243)
                                            Attorneys for Defendant ROGER B. KELLEY
                                            445 Hamilton Avenue, Suite 1500
                                            White Plains, NY  10601
                                            (914) 946-4777

TO:    Jonathan Lovett, Esq.
          LOVETT & GOULD, LLP
          Attorneys for Plaintiff
          222 Bloomingdale Road
          White Plains, New York 10605
          (914) 428-8401